PROB 12C
(7/93)

Report Date: February 19, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 2 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Eugene Mulroy          Case Number: 0980 2:08CR00137-WFN-28

Address of Offender: ███████████████  Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 23, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison 70 months; TSR - 60 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Federal Public Defender |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 7, 2012

Date Supervision Expires: December 6, 2017

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about February 8, 2016, Michael Mulroy violated conditions of his supervised release by consuming methamphetamine. |
| | On February 8, 2016, Mr. Mulroy reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for methamphetamine. At that time, the offender denied using the illegal controlled substance. |
| | The sample was sent to Alere Toxicology for confirmation. On February 15, 2016, the sample was returned as positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Mulroy, Michael Eugene**
**February 19, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/19/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/22/16
Date