PROB 12C
(6/16)

Report Date: March 16, 2017

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 16 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Eugene Mulroy         Case Number: 0980 2:08CR00137-WFN-28

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 23, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 70 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 7, 2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: December 6, 2017 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On March 15, 2017, the undersigned officer contacted Mr. Mulroy at his residence. Also present was an individual who has a criminal record to include a felony conviction. Of further concern, by Mr. Mulroy's own admission, his friend who was present has been providing Mr. Mulroy with methamphetamine. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Mulroy failed to attend substance treatment at ADEPT on March 15, 2017. |

Prob12C
Re: Mulroy, Michael Eugene
March 16, 2017
Page 2

| | | |
|---|---|---|
| 3 | | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Mulroy provided a urine specimen at ADEPT on March 13, 2017, which yielded initial positive findings for methamphetamine. Additionally, he admitted to consuming methamphetamine on or about March 11, 2017.

Mr. Mulroy failed to report for urinalysis testing as directed on March 15, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/15/2017

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 16 2017
Date